# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

Atain Specialty Insurance Company
Plaintiff,

v.                                                          Case No.: 1:21−cv−00062−JJM−PAS

Northeast Concrete Construction Inc., et al.
Defendant.

## **ENTRY OF DEFAULT**

Upon consideration of the application for entry of default, default is hereby entered against Northeast Concrete Construction Inc., Tony Germanos in accordance with Fed. R. Civ. P. 55(a) and L.R. Cv 55(a).

March 24, 2021                                    By the Court:

                                                          /s/ Hanorah Tyer−Witek, Clerk of Court