# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, | |
| vs. | |
| NORTHEAST CONCRETE CONSTRUCTION, INC.; and TONY GERMANOS D/B/A AROMA CT CAFÉ, INC., | |
| Defendants. | |

C.A. NO.: 2021-cv-62

Electronically Filed

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff stipulates that the claims against Tony Germanos d/b/a Aroma CT Café, Inc., be dismissed with prejudice, without costs, all rights of appeal being waived.

Atain Specialty Insurance Company
By Its Attorneys,

/s/ Matthew W. Perkins_____
Matthew W. Perkins, No. 6097
Lecomte, Emanuelson and Doyle
Batterymarch Park II, One Pine Hill Drive
Suite 105, Quincy, MA 02169
(617) 328-1900
mperkins@lecomtelaw.com

Dated: June 23, 2021

## CERTIFICATE OF SERVICE

I, Matthew Perkins, counsel of record for the Plaintiff Atain Specialty Insurance Company, in this action, do hereby certify on this ___ day of June, 2021, that I have served a copy of the foregoing which was filed through the ECF System and has been served via postage pre-paid, first class, U.S. mail, to the following:

John Boutiette,
Northeast Concrete Construction
23 Mechanic Street
N. Smithfield, RI 02896

**/S/ Matthew W. Perkins**
Matthew W. Perkins, Esq.